# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Carbon Lehigh Intermediate Unit #21,   :
                       Petitioner   :
                                     :
               v.             :         No. 750 C.D. 2021
                                     :
Kimberly Waardal (Workers'         :
Compensation Appeal Board),       :
                     Respondent   :

**PER CURIAM**                            **O R D E R**

       NOW, February 10, 2022, upon consideration of Petitioner's application for reargument, and Respondent's answer in response thereto, the application is denied.